

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2020

No. 04-19-00761-CV

**In re Commitment of Kevin Johnson,**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23245
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

On August 19, 2020, this court issued its opinion and judgment in this appeal. A motion for rehearing is due on September 3, 2020. *See* TEX. R. APP. P. 49.1

After the due date, Appellant filed a motion for a forty-five-day extension of time to file a motion for rehearing and a motion for en banc reconsideration.

Because of the COVID-19 pandemic circumstances, Appellant's motions are GRANTED. Appellant's motion for rehearing or motion for en banc reconsideration must be filed with this court not later than October 19, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court